No. 88–371. VERMONT v. PRESTON. Sup. Ct. Vt. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 88–387. ALCAN ALUMINIO DO BRASIL, S. A. v. HERNANDEZ. Dist. Ct. App. Fla., 3d Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 88–427. HARMON ET AL. v. THORNBURGH, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari before judgment denied.

No. 88–441. KOZAKIEWICZ ET AL. v. BORING ET AL. C. A. 3d Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 88–5519. SALINAS v. UNITED STATES. C. A. 5th Cir. Motion of petitioner to file portions of petition for writ of certiorari under seal granted. Certiorari denied.

No. 88–5001. DUNCAN v. TENNESSEE. Ct. Crim. App. Tenn.;
No. 88–5162. LITTLE v. TEXAS. Ct. Crim. App. Tex.;
No. 88–5342. LIGHTBOURNE v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir.;
No. 88–5382. MELTON v. CALIFORNIA. Sup. Ct. Cal.;
No. 88–5406. HOLIDAY v. GEORGIA. Sup. Ct. Ga.;
No. 88–5420. HARRELL v. ALABAMA. Ct. Crim. App. Ala.;
No. 88–5443. SMITH v. INDIANA. Sup. Ct. Ind.;
No. 88–5445. DYER v. CALIFORNIA. Sup. Ct. Cal.; and
No. 88–5446. COLE v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.